1

**NOT FOR PUBLICATION**

2

3

4

5

6                            IN THE UNITED STATES DISTRICT COURT

7                            FOR THE DISTRICT OF ARIZONA

8

9    United States of America,              )     No. CR04-1311-PHX-SRB
                                            )         CV05-2722-PHX-BRB
10                   Petitioner,            )     **ORDER**
                                            )
11   vs.                                    )
                                            )
12                                          )
     Marco Antonio Gonzalez,                )
13                                          )
                     Respondent.            )
14                                          )
     _____       )

15

16

17

18          Respondent, Marco Antonio Gonzalez, filed a Motion to Vacate, Set Aside, or Correct

19   Sentence pursuant to 28 U.S.C. § 2255 on September 7, 2005.  Petitioner filed its response

20   in opposition on January 9, 2006.  Respondent did not file a reply.

21          The Magistrate Judge filed his Report and Recommendation on April 26, 2006

22   recommending that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence be denied.

23          In his Report and Recommendation the Magistrate Judge advised the parties that they

24   had 10 days from the date of service of a copy of the Report and Recommendation within

25   which to file specific written objections with the Court.  The time to file such objections has

26   long since expired and no objections to the Report and Recommendation have been filed.

27          The Court finds itself in agreement with the Report and Recommendation of the

28   Magistrate Judge.

1    IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge

2  as the order of this Court.

3    IT IS FURTHER ORDERED that Respondent's Motion to Vacate, Set Aside, or

4  Correct Sentence is denied.  (Doc. 26).

5

6    DATED this 31st day of May, 2006.

7

8

9    _____

10    Susan R. Bolton
     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28